IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Willis, Sharon Marie | Case Number: 04 B 04789 |
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 2/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: March 31, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,693.00 | |
| Secured: | | 7,338.18 |
| Unsecured: | | 2,284.95 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 656.87 |
| Other Funds: | | 213.00 |
| Totals: | 12,693.00 | 12,693.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 7,338.18 | 7,338.18 |
| 4. | Commonwealth Edison | Unsecured | 104.40 | 187.86 |
| 5. | Peoples Energy Corp | Unsecured | 95.04 | 0.00 |
| 6. | SBC | Unsecured | 33.12 | 59.57 |
| 7. | Portfolio Recovery Associates | Unsecured | 391.76 | 704.97 |
| 8. | Capital One | Unsecured | 153.85 | 276.86 |
| 9. | CFC Financial Corp | Unsecured | 15.55 | 27.97 |
| 10. | Specialized Management Consultants | Unsecured | 86.94 | 156.38 |
| 11. | Unifund CCR Partners | Unsecured | 484.20 | 871.34 |
| 12. | Cook County Treasurer | Secured | | No Claim Filed |
| 13. | Ford Motor Credit Corporation | Secured | | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 15. | Account Recovery Service | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | AT&T | Unsecured | | No Claim Filed |
| 18. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 19. | Chase Manhattan | Unsecured | | No Claim Filed |
| 20. | Citibank | Unsecured | | No Claim Filed |
| 21. | Debt Credit | Unsecured | | No Claim Filed |
| 22. | CFC Financial Corp | Unsecured | | No Claim Filed |
| 23. | South Division Credit Union | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Professional Credit Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Willis, Sharon Marie | Case Number: 04 B 04789 |
|---|---|
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 2/9/04 |

| 26. | Providian Financial | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,903.04 | $ 11,823.13 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 55.23 |
| 4% | 41.60 |
| 6.5% | 133.20 |
| 3% | 15.86 |
| 5.5% | 142.23 |
| 5% | 40.50 |
| 4.8% | 64.80 |
| 5.4% | 163.45 |
| | _____ |
| | $ 656.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

